IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CHANDRA GRIESSEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:07CV722 |
| ) | |
| THOMAS JOSEPH MOBLEY, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

On March 19, 2008, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. No objections were filed within the time limits prescribed by Section 636.

Therefore, the Court need not make a <u>de novo</u> review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff's motion to remand this action back to state court (docket no. 7) is granted, and the Clerk is directed to send a certified copy of this Order to the Forsyth County Superior Court Clerk.

This the day of May 7, 2008

                                              /s/ N. Carlton Tilley, Jr.
                                              United States District Judge